AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

FRANK CABRERA

v.

DAVOL INC. and C.R. BARD INC.

**SUMMONS IN A CIVIL CASE**

Case Number:[1]

CV 08 591

TOMLINSON, M.J

SFV

TO: DAVOL INC.
c/o CT Corporation
10 Weybosset Street
Providence, RI 02903

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT C. HEINEMANN

CLERK

FEB 1 2 2008

DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: VCV 08 591 Date Filed: 2/12/2008

Plaintiff:
**FRANK CABRERA**

vs.

Defendant:
**DAVOL INC. and C.R. BARD INC.**

For:
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119-1065

Received by COURT SUPPORT INC. on the 13th day of February, 2008 at 7:55 am to be served on **DAVOL INC C/O CT CORPORATION SYSTEM, 10 WEYBOSSET ST, PROVIDENCE, RI 02903**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **13th day of February, 2008** at 11:08 am, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE; ORIGINAL COMPLAINT; PRACTICES OF JUDGE SEYBERT; PRACTICES OF MAGISTRATE TOMLINSON** with the date and hour of service endorsed thereon by me to Sandra Celio, process specialist for CT CORPORATION SYSTEM as REGISTERED AGENT of the within named corporation.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'9, Weight: 130, Hair: Lt. Brown, Glasses: Y

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

**Paul G. Hughes**
RI District Ct. Constable 6063

**COURT SUPPORT INC.**
**181 Hillside Av.**
**Willistonpark, NY 11596**
**(516) 742-7455**

Our Job Serial Number: 2008001103

Before me on the 13th day of February, 2008 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c