**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2008, a true and correct copy of the foregoing UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL was filed via the Court's electronic distribution system, and via first-class U.S. mail, postage prepaid, to:

Stephanie Hatzakos, Esq.
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

BY: /s/ Samuel J. Abate, Jr.
Samuel J. Abate, Jr.