**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| FRANK CABRERA, Plaintiff, | § | Case No.: 2:08-cv-00591 |
| v. | § | |
| DAVOL INC. and C.R. BARD, INC., Defendants. | § | **ORDER GRANTING DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL** |

Having considered Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, it is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

**SO ORDERED** this 7th day of March, 2008.

Central Islip, NY

/S/ JOANNA SEYBERT

United States District Judge, Joanna Seybert