CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00591−JS−AKT

Cabrera v. Davol Inc. et al
Assigned to: Judge Joanna Seybert
Referred to: Magistrate Judge A. Kathleen Tomlinson
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/12/2008
Date Terminated: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frank Cabrera**

represented by **Stephanie Hatzakos**
Milberg Weiss
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018−1405
(212)808−2706
Fax: (866)738−9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard Inc.**

represented by **Samuel J. Abate, Jr.**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | " 1 | COMPLAINT *(Receipt# 349233)* against all defendants $ 350, filed by Frank Cabrera. (Attachments: # 1 Civil Cover Sheet) (McMahon, Carol) (Entered: 02/14/2008) |
| 02/12/2008 | " | Summons Issued as to Davol Inc., C.R. Bard Inc.. (McMahon, Carol) (Entered: 02/14/2008) |
| 02/14/2008 | " | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/21/2008 | " 2 | SUMMONS Returned Executed by Frank Cabrera. C.R. Bard Inc. served on 2/13/2008, answer due 3/4/2008. (Hatzakos, Stephanie) (Entered: 02/21/2008) |
| 02/21/2008 | " 3 | SUMMONS Returned Executed by Frank Cabrera. Davol Inc. served on 2/13/2008, answer due 3/4/2008. (Hatzakos, Stephanie) (Entered: 02/21/2008) |
| 03/05/2008 | " 4 | Consent MOTION to Stay *of Proceedings Pending Transfer to Multidistrict Litigation* by Davol Inc., C.R. Bard Inc.. (Attachments: # 1 Proposed Order Order Granting Defendant Davol Inc.'s and Defendant C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, # 2 Exhibit 1) (Abate, Samuel) (Entered: 03/05/2008) |
| 03/05/2008 | " 5 | CERTIFICATE OF SERVICE by Davol Inc., C.R. Bard Inc. re 4 Consent MOTION to Stay *of Proceedings Pending Transfer to Multidistrict Litigation* (Abate, Samuel) (Entered: 03/05/2008) |
| 03/07/2008 | " 6 | ORDER GRANTING 4 Motion to Stay − It is hereby ORDERED that all proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Ordered by Judge Joanna Seybert on 3/7/08. C/ECF (Valle, Christine) (Entered: 03/12/2008) |
| 03/28/2008 | " 7 | Letter from Denise Morgan−Stone, Deputy Clerk, JPMDL, to David A. DiMarzio, Clerk, District of Rhode Island, dated 03/25/2008 Re: Enclosing a certified copy of a conditional transfer order filed on 03/07/2008. Pursuant to 28:1407, the transferee clerk must transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. MDL # 1842−IN RE: Kugel Mesh Hernia Patch Products Liability Litigation. (Glueckert, Lisa) (Entered: 04/04/2008) |
| 04/01/2008 | " 8 | Email from Paula Dube to Robert Heinemann dated 04/01/2008 RE: Enclosing a certified copy of the conditional transfer order (CTO−16) received from JPMDL directing the transfer of your action to the District of Rhode Island for coordinated or consolidated pretrial proceedings. The Honorable Mary M. Lisi will preside over this case. MDL # 1842 RE: Kugel Mesh Hernia Patch Products Liability Litigation (Glueckert, Lisa) (Entered: 04/04/2008) |
| 04/01/2008 | " 9 | CONDITIONAL TRANSFER ORDER (CTO−16) directing the transfer of this action under 28:1407 to the District of Rhode Island for the reasons stated in the order of 6/22/2007 and, with the consent of that court, assigned to the Honorable Mary. M Lisi. Signed by Jeffery N. Luthi, Clerk of the JPMDL, on 3/7/2008. MDL #1842 IN RE: Kugel Mesh Hernia Patch Products Liability Litigation. District of Rhode Island case # CA 08−2406. Case extracted and electronically transferred to District of Rhode Island. (Glueckert, Lisa) (Entered: 04/04/2008) |